IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**VINCENT EDWARDS INGRAM,**

                **Plaintiff,**

      vs.                                              No. 05-3420-SAC

**UNITED STATES OF AMERICA,**

                **Defendant.**

<u>ORDER</u>

This matter is before the court on a claim filed pursuant to the Federal Tort Claims Act (FTCA). Plaintiff, an inmate at the United States Penitentiary in Terre Haute, Indiana, seeks damages for alleged negligence in providing medical care while plaintiff was confined in the United States Penitentiary in Leavenworth, Kansas.

Plaintiff has paid the initial partial filing fee assessed by the court under 28 U.S.C. § 1915(b)(1), and is granted leave to proceed in forma pauperis. Plaintiff remains obligated to pay the remainder of the $250.00 district court filing fee in this civil action, through payments from his inmate trust fund account as authorized by 28 U.S.C. § 1915(b)(2).

Plaintiff has exhausted his administrative remedies under the FTCA and therefore may proceed in this action. Having examined the materials filed in this case, the court finds a responsive pleading is required.

IT IS THEREFORE ORDERED that plaintiff is granted leave to

proceed in forma pauperis and that summons issue according to law.

IT IS FURTHER ORDERED that plaintiff's motion for service of summons and complaint (Doc. 5) is granted.

IT IS FURTHER ORDERED that the defendant shall file a responsive pleading within sixty (60) days from the service of the summons and complaint.  The clerk of the court is directed to transmit copies of this Order to plaintiff and to the office of the United States Attorney.

**IT IS SO ORDERED.**

DATED:  This 13th day of December 2005 at Topeka, Kansas.


 s/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge